COLLEEN ALIANO *v.* RONALD ALIANO
(10267)

NORCOTT, FOTI and LAVERY, Js.

Argued February 21—decision released March 10, 1992

*Raynald B. Cantin,* for the appellant (defendant).
*C. Michael Budlong,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.